EUGENE R. WEDOFF
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLE, WILLIAM | § | Case No. 13-37541 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

  Funds were disbursed in the following amounts:

  Payments made under an interim disbursement
  Administrative expenses
  Bank service fees
  Other payments to creditors
  Non-estate funds paid to 3rd Parties
  Exemptions paid to the debtor
  Other payments to the debtor

  Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/PHILIP V. MARTINO_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-37541 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- |
| Case Name: | COLE, WILLIAM | | | Date Filed (f) or Converted (c): | 09/24/13 (f) |
| | | | | 341(a) Meeting Date: | 11/06/13 |
| For Period Ending: | 12/17/14 | | | Claims Bar Date: | 02/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5336 S. CAMPBELL, CHICAGO, IL 60632 (DEBTOR'S RESI | 119,756.00 | 0.00 | | 0.00 | FA |
| 2. MARQUETTE BANK - CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| 3. FIRST AMERICAN BANK - CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STEREO, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, CD'S, DVD'S, TAPES/RECORDS, FAMILY PICTURES | 75.00 | 0.00 | | 0.00 | FA |
| 6. NECESSARY WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. WATCH, COSTUME JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 9. ANNUITY | 11,000.00 | 7,770.32 | | 7,770.32 | FA |
| 10. 1941 PLYMOUTH SP DELUXE - OVER 42,000 MILES | 2,250.00 | 0.00 | | 0.00 | FA |
| 11. 1998 DODGE VAN - OVER 104,000 MILES | 650.00 | 0.00 | | 0.00 | FA |
| 12. TRAILER | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. FAMILY PETS | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $136,281.00 | $7,770.32 | | $7,770.32 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 06/30/15

Case 13-37541 Doc 24 Filed 12/18/14 Entered 12/18/14 09:59:43 Desc Main
Document Page 4 of 10

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-37541 -ERW | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | COLE, WILLIAM | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9895  Checking Account |
| Taxpayer ID No: | *******1108 |  |  |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/14/14 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 1,924.84 |  | 1,924.84 |
| * 02/18/14 |  | William Cole | Annuity Payment | 1129-003 | 972.58 |  | 2,897.42 |
| * 02/27/14 |  | William Cole | Annuity Payment | 1129-003 | -972.58 |  | 1,924.84 |
|  |  |  | Check returned for insufficient funds |  |  |  |  |
| * 03/07/14 | 9 | William Cole | Replacement Check | 1129-003 | 972.58 |  | 2,897.42 |
| 03/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,887.42 |
| * 03/25/14 | 9 | William Cole | Replacement Check | 1129-003 | -972.58 |  | 1,914.84 |
|  |  |  | Check returned NSF. Debtor has contacted me. Will send money orders from now on. |  |  |  |  |
| 04/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 1,904.84 |
| 04/15/14 | 9 | William Cole | Payment by moneygram | 1129-000 | 972.58 |  | 2,877.42 |
| 05/07/14 | 9 | William Cole |  | 1129-000 | 972.58 |  | 3,850.00 |
| 05/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,840.00 |
| 06/06/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,830.00 |
| 07/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,820.00 |
| 07/14/14 | 9 | William Cole | Money Order for Dividend | 1129-000 | 972.58 |  | 4,792.58 |
| 08/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,782.58 |
| 08/29/14 | 9 | MetLife Insurance Company | Annuity Payment | 1129-000 | 972.58 |  | 5,755.16 |
| 09/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,745.16 |
| 10/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,735.16 |
| 10/29/14 | 9 | Metropolitan Life Insurance Company | Annuity payment for October | 1129-000 | 972.58 |  | 6,707.74 |
| 10/29/14 | 9 | Metropolitan Life Insurance Company | Annuity payment for September | 1129-000 | 972.58 |  | 7,680.32 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 7,670.32 |

Page Subtotals    7,760.32    90.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 13-37541 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | COLE, WILLIAM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9895  Checking Account |
| Taxpayer ID No: | *******1108 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,760.32 | 90.00 | 7,670.32 |
| | | | Less: Bank Transfers/CD's | | 1,924.84 | 0.00 | |
| | | | Subtotal | | 5,835.48 | 90.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,835.48 | 90.00 | |

Page Subtotals      0.00      0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 13-37541 -ERW | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | COLE, WILLIAM | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******0499 Congressional - Checking Account |
| Taxpayer ID No: | *******1108 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/13 | 9 | William Cole | Payment of annuity | 1129-000 | 962.26 | | 962.26 |
| 01/21/14 | 9 | William Cole | Annuity Payment | 1129-000 | 972.58 | | 1,934.84 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 10.00 | 1,924.84 |
| * 02/11/14 | 9 | William Cole | Annuity Payment | 1129-003 | 972.58 | | 2,897.42 |
| * 02/11/14 | 9 | William Cole | Annuity Payment | 1129-003 | -972.58 | | 1,924.84 |
| | | | Bank account change on 2/14/14-waiting for Associated Bank Account. | | | | |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 1,924.84 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 1,934.84 | 1,934.84 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 1,924.84 | |
| Subtotal | | 1,934.84 | 10.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,934.84 | 10.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********9895 | 5,835.48 | 90.00 | 7,670.32 |
| Congressional - Checking Account - ********0499 | 1,934.84 | 10.00 | 0.00 |
| | 7,770.32 | 100.00 | 7,670.32 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   1,934.84   1,934.84

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 17, 2014 |

Case Number: 13-37541  
Debtor Name: COLE, WILLIAM

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Philip V. Martino, Trustee | Administrative | | $1,506.03 | $0.00 | $1,506.03 |
| 999<br>8200-00 | WILLIAM COLE<br>CHICAGO, IL  60632 | Unsecured | | $210.04 | $0.00 | $210.04 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC Assignee of<br>Citibank (South Dakota), N.A.<br>Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $495.82 | $0.00 | $495.82 |
| 000002<br>070<br>7100-00 | Mission Financial Services<br>PO Box 2049<br>Corona, CA 92878 | Unsecured | | $5,450.65 | $0.00 | $5,450.65 |
| | Case Totals: | | | $7,662.54 | $0.00 | $7,662.54 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-37541
Case Name: COLE, WILLIAM
Trustee Name: PHILIP V. MARTINO

Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC Assignee of | $ | $ | $ |
| 000002 | Mission Financial Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of        % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $        .