EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
 §
COLE, WILLIAM § Case No. 13-37541
 §
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE BANKRUPTCY COURT
   219 SOUTH DEARBORN STREET, ROOM 713
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/21/2015 in Courtroom 744,
   United States Courthouse
   219 South Dearborn
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/19/2014         By: Clerk of the Bankruptcy Court
                                    Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
COLE, WILLIAM § Case No. 13-37541
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,770.32 |
| and approved disbursements of | $ | 100.00 |
| leaving a balance on hand of[1] | $ | 7,670.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,506.03 | $ 0.00 | $ 1,506.03 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,506.03 |
| Remaining Balance | | $ | 6,164.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

NONE

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

   Timely claims of general (unsecured) creditors totaling $ 5,946.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

   Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC Assignee of | $ 495.82 | $ 0.00 | $ 495.82 |
| 000002 | Mission Financial Services | $ 5,450.65 | $ 0.00 | $ 5,450.65 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,946.47 |
| | Remaining Balance | | $ | 217.82 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 7.78 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 210.04 .

Prepared By: /s/Philip V. Martino

Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 13-37541-ERW
William Cole Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: corrinal      Page 1 of 1      Date Rcvd: Dec 22, 2014
     Form ID: pdf006      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2014.
```
db           #+William Cole,    5336 S. Campbell,    APT# 1R,    Chicago, IL 60632-1534
21209862      +Atlas Acquisitions LLC Assignee of,    Citibank (South Dakota), N.A.,    Atlas Acquisitions LLC,
                294 Union St.,    Hackensack, NJ 07601-4303
21021483      +Clerk, Chancery,    Doc# 13 CH 01638,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
21021492     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court:  DirecTV,     Bankruptcy Department,    PO Box 78626,
                Phoenix, AZ 85062)
21021486      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
21021487      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
21021485      +First American BANK,    Attn: Bankruptcy Dept.,    700 Busse Rd,    Elk Grove Vlg, IL 60007-2133
21021484      +Fisher and Shapiro LLC,    Bankruptcy Department,    2121 Waukegan Road # 301,
                Bannockburn, IL 60015-1831
21021491     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,     Bankruptcy Department,
                PO Box 19035,    Springfield, IL 62794-9035)
21021493      +Mission Financial Services,    PO Box 2049,    Corona, CA 92878-2049
21021482      +Mortgage Service Cente,    Attn: Bankruptcy Dept.,    4001 Leadenhall Rd,
                Mount Laurel, NJ 08054-4611
21021490      +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
21021488      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
21021489      +VERIZON WIRELESS/Great,    Attn: Bankruptcy Dept.,    1515 Woodfield Rd Ste140,
                Schaumburg, IL 60173-5443
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21164831      +E-mail/Text: bnc@atlasacq.com Dec 23 2014 01:36:20    Atlas Acquisitions LLC,
                Attn: Avi Schild,    294 Union St.,    Hackensack, NJ 07601-4303
21021481      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2014 01:45:01     Citibank Sears,
                C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2014          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2014 at the address(es) listed below:
```
              Joseph M D'Onofrio    on behalf of Debtor William  Cole ndil@geracilaw.com
              Michael N Burke    on behalf of Creditor   U.S. Bank National Association, as Trustee
               bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                              TOTAL: 4
```