EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
COLE, WILLIAM                       §     Case No. 13-37541
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) <br><br> PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) <br><br>    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) <br><br> GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                    . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William Cole | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First American BANK Attn: Bankruptcy Dept. 700 Busse Rd Elk Grove Vlg IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Mortgage Service Cente Attn: Bankruptcy Dept. 4001 Leadenhall Rd Mount Laurel NJ 08054 | | | | | |
| | Clerk, Chancery Doc# 13 CH 01638 50 W. Washington St., Room 802 Chicago IL 60602 | | | | | |
| | Fisher and Shapiro LLC Bankruptcy Department 2121 Waukegan Road # 301 Bannockburn IL 60015 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DirecTV Bankruptcy Department PO Box 78626 Phoenix AZ 85062 | | | | | |
| 3 | Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 4 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 |  |  |  |  |  |
|  | 5 Illinois Department of Revenue Bankruptcy Department PO Box 19035 Springfield IL 62794-9035 |  |  |  |  |  |
|  | 7 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 |  |  |  |  |  |
|  | 8 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 |  |  |  |  |  |
|  | 9 VERIZON WIRELESS/Great Attn: Bankruptcy Dept. 1515 Woodfield Rd Ste140 Schaumburg IL 60173 |  |  |  |  |  |
| 000001 | ATLAS ACQUISITIONS LLC ASSIGNEE OF |  |  |  |  |  |
| 000002 | MISSION FINANCIAL SERVICES |  |  |  |  |  |
|  | ATLAS ACQUISITIONS LLC ASSIGNEE OF |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MISSION FINANCIAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-37541 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | COLE, WILLIAM | | | Date Filed (f) or Converted (c): | 09/24/13 (f) |
| | | | | 341(a) Meeting Date: | 11/06/13 |
| For Period Ending: | 04/16/15 | | | Claims Bar Date: | 02/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5336 S. CAMPBELL, CHICAGO, IL 60632 (DEBTOR'S RESI | 119,756.00 | 0.00 | | 0.00 | FA |
| 2. MARQUETTE BANK - CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| 3. FIRST AMERICAN BANK - CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STEREO, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, CD'S, DVD'S, TAPES/RECORDS, FAMILY PICTURES | 75.00 | 0.00 | | 0.00 | FA |
| 6. NECESSARY WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. WATCH, COSTUME JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 9. ANNUITY | 11,000.00 | 7,770.32 | | 7,770.32 | FA |
| 10. 1941 PLYMOUTH SP DELUXE - OVER 42,000 MILES | 2,250.00 | 0.00 | | 0.00 | FA |
| 11. 1998 DODGE VAN - OVER 104,000 MILES | 650.00 | 0.00 | | 0.00 | FA |
| 12. TRAILER | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. FAMILY PETS | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $136,281.00 | $7,770.32 | | $7,770.32 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 06/30/15

LFORM1

Ver: 18.04

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-37541 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | COLE, WILLIAM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9895 Checking Account |
| Taxpayer ID No: | *******1108 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 1,924.84 | | 1,924.84 |
| * 02/18/14 | | William Cole | Annuity Payment | 1129-003 | 972.58 | | 2,897.42 |
| * 02/27/14 | | William Cole | Annuity Payment Check returned for insufficient funds | 1129-003 | -972.58 | | 1,924.84 |
| * 03/07/14 | 9 | William Cole | Replacement Check | 1129-003 | 972.58 | | 2,897.42 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,887.42 |
| * 03/25/14 | 9 | William Cole | Replacement Check Check returned NSF. Debtor has contacted me. Will send money orders from now on. | 1129-003 | -972.58 | | 1,914.84 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,904.84 |
| 04/15/14 | 9 | William Cole | Payment by moneygram | 1129-000 | 972.58 | | 2,877.42 |
| 05/07/14 | 9 | William Cole | | 1129-000 | 972.58 | | 3,850.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,840.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,830.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,820.00 |
| 07/14/14 | 9 | William Cole | Money Order for Dividend | 1129-000 | 972.58 | | 4,792.58 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,782.58 |
| 08/29/14 | 9 | MetLife Insurance Company | Annuity Payment | 1129-000 | 972.58 | | 5,755.16 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,745.16 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,735.16 |
| 10/29/14 | 9 | Metropolitan Life Insurance Company | Annuity payment for October | 1129-000 | 972.58 | | 6,707.74 |
| 10/29/14 | 9 | Metropolitan Life Insurance Company | Annuity payment for September | 1129-000 | 972.58 | | 7,680.32 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,670.32 |
| 01/22/15 | 005001 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 1,506.03 | 6,164.29 |
| 01/22/15 | 005002 | Atlas Acquisitions LLC Assignee of Citibank (South Dakota), N.A. Atlas Acquisitions LLC 294 Union St. | Claim 000001, Payment 100.13110% (1-1) Modified on 11/13/2013 to correct creditor name/address per claim, FR | | | 496.47 | 5,667.82 |

Page Subtotals 7,760.32 2,092.50

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-37541 -ERW | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | COLE, WILLIAM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9895 Checking Account |
| Taxpayer ID No: | *******1108 | | |
| For Period Ending: | 04/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Hackensack, NJ 07601 | Claim 495.82 | 7100-000 | | | |
| | | | Interest 0.65 | 7990-000 | | | |
| 01/22/15 | 005003 | Mission Financial Services | Claim 000002, Payment 100.13081% | | | 5,457.78 | 210.04 |
| | | PO Box 2049 | | | | | |
| | | Corona, CA 92878 | | | | | |
| | | | Claim 5,450.65 | 7100-000 | | | |
| | | | Interest 7.13 | 7990-000 | | | |
| * 01/22/15 | 005004 | WILLIAM COLE | Surplus Funds | 8200-004 | | 210.04 | 0.00 |
| | | CHICAGO, IL 60632 | | | | | |
| * 01/22/15 | 005004 | WILLIAM COLE | Stop Payment Reversal | 8200-004 | | -210.04 | 210.04 |
| | | CHICAGO, IL 60632 | STOP PAY ADD SUCCESSFUL | | | | |
| 04/01/15 | 005005 | William Cole | Surplus Funds | 8200-000 | | 210.04 | 0.00 |
| | | | Debtor moved and check i5004 is lost in the mail). | | | | |

| | COLUMN TOTALS | 7,760.32 | 7,760.32 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 1,924.84 | 0.00 | |
| | Subtotal | 5,835.48 | 7,760.32 | |
| | Less: Payments to Debtors | | 210.04 | |
| | Net | 5,835.48 | 7,550.28 | |

Page Subtotals 0.00 5,667.82

Ver: 18.04

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-37541 -ERW | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | COLE, WILLIAM | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******0499 Congressional - Checking Account |
| Taxpayer ID No: | *******1108 | | |
| For Period Ending: | 04/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/13 | 9 | William Cole | Payment of annuity | 1129-000 | 962.26 | | 962.26 |
| 01/21/14 | 9 | William Cole | Annuity Payment | 1129-000 | 972.58 | | 1,934.84 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 10.00 | 1,924.84 |
| * 02/11/14 | 9 | William Cole | Annuity Payment | 1129-003 | 972.58 | | 2,897.42 |
| * 02/11/14 | 9 | William Cole | Annuity Payment | 1129-003 | -972.58 | | 1,924.84 |
| | | | Bank account change on 2/14/14-waiting for Associated Bank Account. | | | | |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 1,924.84 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 1,934.84 | 1,934.84 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 1,924.84 |
| Subtotal | 1,934.84 | 10.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1,934.84 | 10.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********9895 | 5,835.48 | 7,550.28 | 0.00 |
| Congressional - Checking Account - ********0499 | 1,934.84 | 10.00 | 0.00 |
| | 7,770.32 | 7,560.28 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,934.84    1,934.84

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*